UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California corporation; and RAY HRDLICKA, an individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>DOUG BARGER, individually and in his official capacity as Sheriff of Adams County, Washington; and DOES 1-20, in their individual and official capacities; ADAMS COUNTY; and ADAMS COUNTY SHERIFF'S OFFICE,<br><br>                Defendants. | NO:    CV-12-112-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 14. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED:**

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 1

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 14**, is **GRANTED**. Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** this 18th day of July 2012.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                  Chief United States District Court Judge